HERBERT S. SISSON, as State Commissioner of Excise, Respondent, *v.* SAMUEL H. HERTZBERG, Appellant.

*Excise — liquor tax — action to recover upon bond conditioned upon compliance with Liquor Tax Law — defenses of former adjudication and estoppel.*

*Sisson* v. *Hertzberg*, 192 App. Div. 946, affirmed.

(Argued December 8, 1921; decided January 10, 1922.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 29, 1920, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term, a jury having been waived. The action was to recover upon a bond given upon the

issuance of a liquor tax certificate conditioned that while the business was carried on the holder of the certificate would not violate the Liquor Tax Law. The defense was that in another proceeding it had been adjudicated that defendant was not carrying on the business for which such liquor tax certificate was given; that the matters alleged in the complaint had become *res adjudicata* and that plaintiff by reason of his attitude in a former proceeding was estopped from maintaining the present action.

*M. William Bray* for appellant.

*Charles D. Newton,* Attorney-General (*Harry D. Sanders* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.